## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| **GRACIE BLOUNT,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| -vs- | ) | No. | 05-CV-673-DRH |
| | ) | | |
| **MERCK & COMPANY, INC., et al.,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

### ORDER

Pursuant to **28 U.S.C. § 455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter. Through random draw, the Clerk of Court has reassigned this matter to United States District Judge Michael J. Reagan. All further documents filed in this matter shall bear case number 05-CV-673-MJR.

**IT IS SO ORDERED**.

DATED: This  28th  day of September, 2005.

/s/             David RHerndon
UNITED STATES DISTRICT JUDGE